Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Leticia Romero

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LETICIA ROMERO,                          ) No. 2:23-cv-06346-DTB
                                         )
        Plaintiff,                       ) [~~PROPOSED~~] **ORDER AWARDING**
                                         ) **EQUAL ACCESS TO JUSTICE**
        v.                               ) **ACT ATTORNEY FEES AND**
                                         ) **COSTS**
MARTIN O'MALLEY,                         )
Commissioner of Social Security,         )
                                         )
        Defendant.                       )
_____)

        Based upon the parties' Stipulation for Award and Payment of Attorney

Fees:

        IT IS ORDERED that the Commissioner shall pay attorney fees and

expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in

the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and NO

CENTS ($3,500.00), and costs under 28 U.S.C. § 1920, in the amount of ZERO

/ / /

/ / /

/ / /

1   DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced

2   Stipulation.

3

4       Dated: February 20, 2024

5   _____
    THE HONORABLE DAVID T. BRISTOW

6   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28